UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

                                          1: 19 Cr.00630 (PAC)
                                 SUBSTITUTION OF COUNSEL ORDER

-against-

CONNOR GANNON,

        Defendant.
-------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record at the conference held on October 25, 2019, Zachary Margulis-Ohnuma is appointed as CJA counsel to the above named the defendant, NUNC-PRO-TUNC October 25, 2019. The defendant's former attorney, Martin Cohen, is relieved as counsel. The Clerk of Court is directed to update the docket accordingly.

Dated: New York, New York
       October 25, 2019

                                                SO ORDERED

                                                */s/ Paul A. Crotty*
                                                PAUL A. CROTTY
                                                United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/19
```