UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA           :

                                                     :   19 Cr. 630 (PAC)

    - against -           :

                                                     :   **ORDER**

Conor Gannon,           :

    Defendant.           :
-------------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

The United States Marshals are hereby ORDERED to comply with the writ issued by the Manhattan District Attorney's Office as to defendant Conor Gannon, and proceed with the transfer of Gannon into the custody of New York State as directed by the writ with all possible expediency.

The Court hereby revokes its Order dated December 18, 2019 without prejudice. The Order may be revisited at the Court's discretion as Gannon's case requires.

Dated: New York, New York
       February 10, 2020

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge