LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

7/13/2020
A teleconference will be held tomorrow, July 14 at 11 AM. The parties are directed call in at: 888-363-4749. Access code: 8539662. SO ORDERED.

*Paul A. Crotty* (signature)

July 11, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Conor Gannon; 19 Cr. 630 (PAC)**

Dear Judge Crotty:

As the Court is aware, I represent Conor Gannon in the above matter. A status conference is scheduled for July 14, 2020 at ~~3 p.m.~~

I write to respectfully request that the proceeding be conducted telephonically in light of the COVID-19 pandemic. Mr. Gannon remains in state custody and is detained at the Anna M. Kross Correctional Facility at Rikers Island. I am in regular communication with Mr. Gannon. He recently informed me that he is willing to waive his appearance.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti