LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

September 15, 2020

9/16/2020
The September 17 conference is adjourned to November 16, 2020 at 12 noon. SO ORDERED.



**BY ECF**
The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Conor Gannon; 19 Cr. 630 (PAC)**

Dear Judge Crotty:

As the Court is aware, I represent Conor Gannon in the above matter. A status conference is scheduled for September 17, 2020 at 12:30 p.m.

I write, without objection from the Government, to respectfully request that the proceeding be adjourned until early November. Since our last conference, I have been in continued discussions with the Government concerning a resolution, specifically a deferred prosecution,

Accordingly, we respectfully request an adjournment of the status conference until early November. It is our hope that by such date, we will have submitted our application for a deferred prosecution to the Government.

Thank you for your consideration.

                                                Respectfully submitted,

                                                           /s/

                                                Anthony Cecutti