LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

November 12, 2020

11/16/2020
The November 16 conference is adjourned to January 14, 2021 at 12 noon. Time will be excluded through January 14, 2021. SO ORDERED.

**BY ECF**
The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Conor Gannon; 19 Cr. 630 (PAC)**

Dear Judge Crotty:

As the Court is aware, I represent Conor Gannon in the above matter. A status conference is scheduled for November 16, 2020 at 12:00 p.m.

I write, without objection from the Government, to respectfully request that the proceeding be adjourned until mid-January, 2021. Since our last conference, I have been in continued discussions with the Government concerning a resolution, specifically a deferred prosecution,



Accordingly, we respectfully request an adjournment of the status conference until mid-January, 2021. It is again our hope that by such time, we will have submitted

our application for a deferred prosecution to the Government.

    Thank you for your consideration.

                                        Respectfully submitted,

                                              /s/

                                        Anthony Cecutti