LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 12, 2021

1/13/2021
The January 14 conference is adjourned to March 3, 2021 at 11:30 AM. Time will be excluded through March 3, 2021.
SO ORDERED.

*Paul A. Crotty*

**BY ECF**
The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Conor Gannon; 19 Cr. 630 (PAC)**

Dear Judge Crotty:

    As the Court is aware, I represent Conor Gannon in the above matter. A status conference is scheduled for January 14, 2021 at 12:00 p.m.

    I write, without objection from the Government, to respectfully request that the proceeding be adjourned until the end of February, 2021. Since our last conference, I have been in continued discussions with the Government concerning a resolution, specifically a deferred prosecution, with the central condition being that Mr. Gannon participate in extensive mental health treatment, as he suffers from serious mental illness.

    I remain in the process of preparing my request for a deferred prosecution. As part of my preparation, Mr. Gannon, who is detained at the Anna M. Kross Correctional Facility (AMKC) at Rikers Island, must undergo a psychiatric evaluation. Dr. Jeremy Colley was retained to evaluate Mr. Gannon and prepare a comprehensive report. After several meetings, which were difficult to schedule because of the COVID-19 pandemic, Dr. Colley recently completed his evaluation of Mr. Gannon.[1] He is now in the process of preparing his report. Such report will be included in our application for a deferred prosecution. Based on this timeline, we plan to submit our application to the Government during the week of February 15th.

    Accordingly, we respectfully request an adjournment of the status conference until the end of February, 2021.

---

[1] To accommodate face-to-face interviews with Dr. Colley, we arranged for Mr. Gannon to be transported from AMKC to Bellevue Hospital.

Thank you for your consideration.

                                          Respectfully submitted,

                                                  /s/

                                          Anthony Cecutti