LAW OFFICE OF ANTHONY CECUTTI  
217 Broadway, Suite 707  
New York, New York 10007  
Phone: (212) 619-3730  
Cell: (917) 741-1837  
Fax: (212) 962-5037  
anthonycecutti@gmail.com  

4/27/2021
The matter is adjourned to
June 15, 2021 at 11 AM. SO
ORDERED.

April 26, 2021

**BY EMAIL & ECF**
The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Conor Gannon; 19 Cr. 630 (PAC)**

Dear Judge Crotty:

As the Court is aware, I represent Conor Gannon in the above matter. A status conference is scheduled for April 27, 2021 at 12 p.m.

I write, without objection from the Government, to respectfully request that the proceeding be adjourned until mid-June 2021.

2

Accordingly, we respectfully request an adjournment of the status conference until mid-June 2021.

Thank you for your consideration.

                                                Respectfully submitted,

                                                /s/

                                                Anthony Cecutti