**LAW OFFICE OF ANTHONY CECUTTI**
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

September 1, 2021

**BY EMAIL & ECF**
The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Conor Gannon; 19 Cr. 630 (PAC)

Dear Judge Crotty:

As the Court is aware, I represent Conor Gannon in the above matter. A status conference is scheduled for September 8, 2021 at 12 p.m.

I write, without objection from the Government, to respectfully request that the proceeding be adjourned until late October, 2021. ████████████████████████ Based on additional questions from the Government, we intend to supplement our request for a deferred prosecution by September 3, 2021. Additional time will then be needed for the Government to review our request and for the parties to engage in discussions to resolve the matter. Accordingly, we respectfully request an adjournment of the status conference until late October, 2021.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

9/7/2021
The matter will be adjourned to October 27, 2021 at 11AM. SO ORDERED.

*Paul A. Crotty*