LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

October 25, 2021

**BY EMAIL & ECF**
The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: 10/25/2021 — The matter is adjourned to December 7, 2021 at 2:30 pm. So ordered. Paul A. Crotty, USDJ]*

**Re: United States v. Conor Gannon; 19 Cr. 630 (PAC)**

Dear Judge Crotty:

  As the Court is aware, I represent Conor Gannon in the above matter. A status conference is scheduled for October 27, 2021 at 12 p.m.

  I write, without objection from the Government, to respectfully request that the proceeding be adjourned until early December, 2021. Since our last conference, the parties have reached a resolution. The Government has agreed to offer Mr. Gannon a deferred prosecution. Since Mr. Gannon continues to be incarcerated at Rikers Island, the deferred prosecution agreement cannot be entered into at the present time. Our hope is that within the next 30 days Mr. Gannon will be offered a bed in a supervised residential setting and participating in extensive outpatient mental health treatment and employment training. Once he is released, the parties can appear, and the deferred prosecution agreement can be executed.

  Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti