LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

December 6, 2021

**BY EMAIL & ECF**
The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten note: 12/6/2021 — The matter will be adjourned for 30 days. So ordered. /s/ PAC USDJ]*

**Re: United States v. Conor Gannon; 19 Cr. 630 (PAC)**

Dear Judge Crotty:

As the Court is aware, I represent Conor Gannon in the above matter. A status conference is scheduled for tomorrow, December 7, 2021 at 2:30 p.m.

I write, without objection from the Government, to respectfully request that the proceeding be adjourned for approximately 30 days. As I have previously indicated, the parties have reached a resolution. The Government has agreed to offer Mr. Gannon a deferred prosecution. Since Mr. Gannon continues to be incarcerated at Rikers Island, the deferred prosecution agreement cannot be entered into at the present time. ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ Once he is released, the parties can appear, and the deferred prosecution agreement can be executed.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti