UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

CONOR GANNON,

          Defendant.
-------------------------------------------------------X

19 Cr. 630 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

Pursuant to the Defendant's letter filed December 15, 2021, to which the Government does not object, the Court orders the Defendant be released on his own signature, without any bail conditions.

The matter is adjourned until January 6, 2022, at 3:00 PM in Courtroom 14C.

Dated: New York, New York
       December 16, 2021

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge