

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2023

**Via ECF**
The Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>  Re:   *United States v. Conor Gannon*, 19 Cr. 630 (PAC)
>         *Nolle Prosequi*

Dear Judge Crotty:

On January 20, 2022, the defendant Conor Gannon entered a deferred prosecution agreement in the above-captioned case. The U.S. Pretrial Services Office confirmed that defendant Gannon successfully satisfied the terms of his agreement, which expired on January 20, 2023. The Government respectfully recommends that the enclosed proposed order of *nolle prosequi,* attached hereto as Exhibit A, be filed as to defendant Conor Gannon.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by:   */s/ Danielle M. Kudla*
        Danielle M. Kudla
        Assistant United States Attorney
        (212) 637-2304

CC (via ECF): Anthony Cecutti
                *Counsel for Conor Gannon*

CC (via email): Courtney DeFeo
                    Pretrial Services Officer