```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    NOLLE PROSEQUI

          -v.-                   :    19 CR. 630 (PAC)

CONOR GANNON,                    :

          Defendant.             :

- - - - - - - - - - - - - - - - x
```

      1. The filing of this nolle prosequi will dispose of this case with respect to CONOR GANNON, the defendant.

      2. On August 29, 2019, a grand jury sitting in the Southern District of New York returned Indictment 19 Cr. 630, charging CONOR GANNON, the defendant, with one count of bank robbery, in violation of Title 18, United States Code, Section 2113(a).

      3. On January 20, 2022, CONOR GANNON, the defendant, entered into a deferred prosecution agreement that provided for a twelve-month term of supervision. On January 20, 2023, GANNON successfully completed the pretrial diversion period, and the Government has concluded that further prosecution of GANNON would not be in the interests of justice.

4. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to CONOR GANNON, the defendant, with respect to Indictment 19 Cr. 630 (PAC).

_____
Danielle M. Kudla
Assistant United States Attorneys
(212) 637-2304

Dated: New York, New York
       January 26, 2023

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant CONOR GANNON with respect to Indictment 19 Cr. 630 (PAC).

_____
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated: New York, New York
       January 26, 2023

SO ORDERED:   _____
HONORABLE PAUL A. CROTTY
United States District Judge
Southern District of New York

Dated: New York, New York
       January \_\_, 2023

3